E-FILED: 3-23-2011

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jim Earl, et al.** ) | CASE NO. CV 10-9317-GHK (JCGx) |
|         Plaintiffs, ) | |
|     v. ) | **JUDGMENT** |
| **Conejo Capital Partners LLC, et al.** ) | |
|         Defendants. ) | |

Based on our February 7, 2011 and February 17, 2011 Orders, **IT IS HEREBY ADJUDGED** that all claims asserted against Defendants Gordon Bosserman, Spolin Silverman Cohen & Bosserman LLP, Stanley J. Yates, and Fidelity National Title Company brought by Plaintiffs Jim Earl, Michael Earl, Shaundel Earl, Christopher Earl, Danielle Earl, as an individual and as Guardian Ad Litem for S.E., a minor, S. E., a minor, A.E., a minor, S.E., a minor, J. E., a minor, and S. E., a minor ("Plaintiffs"), are **DISMISSED with prejudice**.

Based on our March 21, 2011 Order, **IT IS HEREBY ADJUDGED** that Plaintiffs' claims under 42 U.S.C. § 1983 asserted against Conejo Capital Partners LLC, Chris Garvin, Ventura County Sheriff's Department, Simi Valley Police Department, Troop Real Estate, Inc., Mortgage Electronic Registration Systems, Inc., DLJ Mortgage

1  Capital, Inc. (incorrectly sued as Credit Suisse Group AG), First City Funding dba Credit
2  Corp., GRP Loan, LLC, and Select Portfolio Servicing are **DISMISSED without**
3  **prejudice** for lack of subject matter jurisdiction, and all other claims asserted against
4  these defendants are **DISMISSED without prejudice** pursuant to 28 U.S.C. §
5  1367(c)(3).

   **IT IS SO ORDERED**.

   DATED: March 23, 2011

   _____
   GEORGE H. KING
   United States District Judge